# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78494

**FILED**

APR 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for early release from house arrest. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:    Hon. Douglas W. Herndon, District Judge
       Wilbert Roy Holmes
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Craig A. Mueller

19-17564